# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

SHEREE ALI,                                )
Plaintiff                                  )          Case No.
                                           )
v.                                         )          2:24-cv-00391-CBM-KSx
                                           )
PORTSIDE PARTNERS VENTURA,                 )          **ORDER TO**
HARBOR LLC; GREYSTAR                       )          **DISMISS WITH PREJUDICE**
MANAGEMENT SERVICES L.P.; I.Q.             )          **[18]  [JS-6]**
DATA INTERNATIONAL INC.;                   )
EQUIFAX INFORMATION SERVICES,              )
LLC; EXPERIAN INFORMATION                  )
SOLUTIONS, INC.; TRANS UNION,              )
LLC; AND DOES 1-10,                        )
                                           )
Defendants                                 )

     IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties filed, this matter is dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear their own costs and attorneys' fees.

Dated: AUGUST 23, 2024

IT IS SO ORDERED.

_____
Honorable Consuelo B. Marshall
United States District Judge